**Marvin Gertz, David Stein, and Louis Stein, Plaintiffs-Appellants, v. Arnold Bolnick and Leonard B. Bolnick, Defendants-Appellees.**

Gen. No. 47,852.

First District, Third Division.

April 14, 1960.

Elmer Gertz, for appellant; Jerome Berkson, for appellees. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.